# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 06-60568
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 18, 2007**

Charles R. Fulbruge III
Clerk

ALAIN NDONG-NTOUTOUM

Petitioner

v.

PETER D. KEISLER, ACTING U.S. ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A74 196 616

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Alain Ndong-Ntoutoum sought 28 U.S.C. § 2241 habeas corpus relief from his order of removal; his habeas corpus petition was transferred to this court and converted into a petition for review. See Rosales v. BICE, 426 F.3d 733, 735 (5th Cir. 2005), cert. denied, 126 S. Ct. 1055 (2006). The sole issue before this court is whether Ndong-Ntoutoum may obtain relief pursuant to the International Covenant on Civil and Political Rights (ICCPR). Ndong-Ntoutoum has failed brief his ICCPR contention for appeal, see Yohey v. Collins, 985 F.2d 222, 224-25

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1993), and, in any event, he may not obtain relief under the ICCPR. See Martinez-Lopez v. Gonzales, 454 F.3d 500, 502 (5th Cir. 2006).

PETITION DENIED.